**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**TYRONE DUNBAR**

**VS.**

**DERRICK WRIGHT, ET AL**

**CIVIL ACTION**

**NO. 11-0292**

**SECTION "B"(4)**

## ORDER

**CONSIDERING THE FOREGOING** Joint Motion to Dismiss Case With Prejudice filed by the plaintiff, Tyrone Dunbar, and the defendants, Derrick Wright and the State of Louisiana, through the Department of Public Safety and Corrections (Rec. Doc. No. 59),

**IT IS ORDERED** that the motion is **GRANTED** and this case be and hereby is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that any motion to reopen this case for the limited purpose of enforcing the compromise agreed upon by the parties must be filed within sixty (60) days and be supported by good cause.

This Court will retain jurisdiction over this matter for sixty (60) days to enforce the compromise agreed upon by the parties.

**SO ORDERED** on this the 5th day of November, 2012 in New Orleans, Louisiana.

UNITED STATES DISTRICT JUDGE